FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 SEP -4 PM 2: 14
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE: CASE ASSIGNMENTS ) Misc. No.
) MC418-012

ORDER

Consequent to the appointment and entry on duty of R. Stan Baker as United States District Judge for the Southern District of Georgia, various reassignments of cases are necessary and appropriate. This order is entered for the purpose of effectuating and implementing a plan of assigning and reassigning cases throughout the district.

Upon the foregoing and with the concurrence of the affected Judges, IT IS HEREBY ORDERED that the cases listed by caption and number upon Exhibit "A" appended hereto, previously assigned to the undersigned, are hereby reassigned for plenary disposition to the Honorable R. Stan Baker.

It is further ordered that the cases listed by caption and number upon Exhibit "B" appended hereto, previously assigned to the Honorable Lisa Godbey Wood, are hereby reassigned for plenary disposition to the Honorable R. Stan Baker.

It is further ordered that the cases listed by caption and number upon Exhibit "C" appended hereto, previously assigned to the Honorable Dudley H. Bowen, Jr., are hereby reassigned for plenary disposition to the Honorable R. Stan Baker.

ORDERED ENTERED this 4th day of September, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA